DAVID MILLER, Appellant-Respondent, *v.* GREYVAN LINES, INC., Appellant; E. F. DALEY, INC., Respondent, et al., Defendants.

Argued February 22, 1955; decided March 10, 1955.

*John E. Leach, Jacob S. Linett* and *J. Edmund Kelly* for appellant.

*William H. Hepp* and *Edward H. Kavinoky* for appellant-respondent.

*Leland G. Davis* for respondent.

Judgment affirmed, with costs to plaintiff Miller against defendant Greyvan Lines, Inc., and to defendant Daley against plaintiff Miller. No opinion.

Concur: CONWAY, Ch. J., DESMOND, DYE, FULD, FROESSEL, VAN VOORHIS and BURKE, JJ.